

Page 1

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

WELLS FARGO BANK. NA,
ALIAS: S/B/M TO WACHOVIA BANK NA
_Plaintiff/Petitioner_

v.

Vernon Williams, Judith Williams
_Defendant/Respondent_

Civil Action No. **14 0090**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

### Affidavit in Support of the Application

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _Vern Wms  Jud Wms  Pro Se_   Date: 1/8/2014

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source<br>Pa. Court FORMA PAUPERIS<br>DOC CASE 12090178 10/26/2012 | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment    RETIRED | $ 305 | $ 834 AFTER TAX | $ —0— | $ 834 AFTER TAX |
| Self-employment | $ —0— | $ —0— | $ —0— | $ —0— |
| Income from real property (such as rental income) | $ —0— | $ —0— | $ —0— | $ —0— |
| Interest and dividends | $ —0— | $ —0— | $ 0— | $ 0— |
| Gifts | $ 100 | $ —0— | $ —0— | $ 0— |
| Alimony | $ —0— | $ —0— | $ —0— | $ —0— |
| Child support | $ —0— | $ —0— | $ —0— | $ —0— |

See:
ATTACHED   First Judicial FORMA PAUPERIS / Granted  10/26/2012

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ —0— | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ —0— | $ | $ | $ |
| Unemployment payments | $ —0— | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ —0— | $ | $ | $ |
| Other *(specify)*: SAVING currently CASH IN HOUSE | $ 300— | $ | $ | $ |
| Total monthly income: | $ 300— | $ | $ | $ |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| RETIRED | N/A | N/A | $ —0— |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | N/A | N/A | $ —0— |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ —0— | $ —0— |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ 32,000.00 |
| Other real estate (Value) | $ -0- |
| Motor vehicle #1 (Value) | $ |
| Make and year: | |
| Model: | |
| Motor vehicle #2 (Value) | $ |
| Make and year: | |
| Model: | |
| Other assets (Value) | $ -0- |
| Other assets (Value) | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| -0- | $ -0- | $ -0- |
| -0- | $ -0- | $ -0- |
| -0- | $ -0- | $ -0- |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Daughter  Kimberly William. | Daughter Home | 21 |
| | | |
| | | |

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* FORECLOSURE<br>Are real estate taxes included? ☐ Yes ☒ No<br>Is property insurance included? ☐ Yes ☒ No — Not paid | $ 580.— | $ 68.— |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* Ever 3 weeks | $ 195 | $ 399 |
| Home maintenance *(repairs and upkeep)* Plumbling & swon | $ 85 | $ 470 |
| Food — 2 weeks | $ 150 | $ 30 |
| Clothing | $ 28 | $ 75 |
| Laundry and dry-cleaning — 2 weeks | $ 50 | $ 30 |
| Medical and dental expenses — Every 2 mos. | $ 110. | $ 75 |
| Transportation *(not including motor vehicle payments)* SEPT | $ 35 | $ 100 |
| Recreation, entertainment, newspapers, magazines, etc. — 4 weeks | $ 30 | $ 30 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|    Homeowner's or renter's: Installment 60 days | $ | $ 150. |
|    Life: Ever 3 months | $ 329 | $ |
|    Health: Monthly | $ | $ 125 |
|    Motor vehicle: Pay not GAS CAR wife | $ 30 Gas | $ 290 |
|    Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* City Phila Tax $ 158 mo.— | $ 1900 | $ —0— |
| Installment payments | | |
|    Motor vehicle: | $ | $ |
|    Credit card *(name):* American Express — Home Depot DUE 528.00 BAL 891 4,300.00 | $ 298 mo | $ |
|    Department store *(name):* | $ | $ 369.— |
|    Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ —0— | $ |

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ —0— | $ —0— |
|---|---|---|
| Other *(specify)*: | $ —0— | $ —0— |
| Total monthly expenses: | $ 1990 | $ 2,211 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☑ No   If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☑ No  **DO HAVE THE FEES**

    If yes, how much? $ —0—
    If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?   ☐ Yes ☑ No

    If yes, how much? $ —0—
    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    DO **NOT** HAVE EXTRA FUNDS
    JUST GETTING BY.   currently Looking For PART TIME WORK

13. Identify the city and state of your legal residence.
    PHILADELPHIA PENNA

    Your daytime phone number:  215 763-0581
    Your age: 62   Your years of schooling:  12 Grade
    Last four digits of your social-security number: ▓▓▓▓

# First Judicial District of Pennsylvania
## Court of Common Pleas of Philadelphia County
### Civil Trial Division



__Vernon R. Williams__, pro se
(your name)

**14  0090**

105111

__1204 Mt Vernon St__
__Phila PA 19123__
(full address)

__215 2750480__
(area code and telephone number)

__Sept__, TERM, 20 __12__
(month)   (year)

__Citibank NA__
Plaintiff(s)

VS.

__Vernon R. Williams__

Defendant(s)

NO. __001785__

## Petition to Proceed In Forma Pauperis
## _and Without Payment of Bond_

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

Petitioner, (*your name*) __VERNON WILLIAMS__, seeks
(*please print your name*)

leave to proceed in this matter *in forma pauperis*, and respectfully represents that:

1. I am the (*indicate plaintiff or defendant*) __defendant__ in these proceedings.

Court Term __Sept__ 20__12__ and No. __001785__

Page 3 of 11

786

Case 2:14-cv-00090-NIQA   Document 1   Filed 01/08/14   Page 7 of 7

```
REPORT : ZDRDOCT                First Judicial District              PAGE        3
USER ID: CSC                      CIVIL DOCKET REPORT              RUN DATE 09/19/13
                                   CASE ID 120901785               RUN TIME 03:26 PM
```

```
Filing Date / Time   Docket Entry                                        Date Entered

15-OCT-12 13:53:11   AFFIDAVIT OF SERVICE FILED                            15-OCT-12
                                                                    WILLIAMS, VERNON R
                     AFFIDAVIT OF SERVICE OF DEFT. WILLIAMS ON PLTF'S
                     COUNSEL, FILED.

22-OCT-12 11:37:23   MOTION ASSIGNED                                       22-OCT-12
                     11-12105111 MOT-PROCEED IN FORMA PAUPERIS ASSIGNED TO
                     JUDGE: TERESHKO, ALLAN L.  ON DATE: OCTOBER 22, 2012

26-OCT-12 14:06:13   ORDER ENTERED/236 NOTICE GIVEN                        26-OCT-12
                                                                     TERESHKO, ALLAN L
                     11-12105111 AND NOW, THIS 26TH DAY OF OCTOBER, 2012, IT
                     IS HEREBY ORDERED AND DECREED THAT: 1.  PETITIONER BE
                     PERMITTED TO PROCEED WITHOUT PAYING THE COSTS OF THIS
                     PROCEEDING OR POSTING A BOND.  2.  PETITIONER BE
                     PERMITTED TO OBTAIN SERVICE OF THE PAPERS FILED
                     WITHOUT COST.  3.  PETITIONER BE PERMITTED TO PROCEED
                     IN FORMA PAUPERIS AS TO ANY ADDITIONAL COSTS WHICH
                     ACCRUE IN THE COURSE OF THIS PROCEEDING.  4.  IF THERE
                     IS A MONETARY RECOVERY BY JUDGMENT OR SETTLEMENT IN
                     FAVOR OF THE PARTY PERMITTED TO PROCEED IN FORMA
                     PAUPERIS, THE EXONERATED FEES AND COSTS SHALL BE TAXED
                     AS COSTS AND PAID TO THE PROTHONOTARY BY THE PARTY
                     PAYING THE MONETARY RECOVERY.  5.  PETITIONER HAS A
                     CONTINUING OBLIGATION TO INFORM THE COURT OF ANY
                     IMPROVEMENT IN PARTY'S FINANCIAL CIRCUMSTANCES THAT
                     WILL ENABLE THE PARTY TO PAY COSTS.  BY THE COURT:
                     TERESHKO, J.  10-26-2012.

26-OCT-12 14:06:14   NOTICE GIVEN UNDER RULE 236                           26-OCT-12
                     NOTICE GIVEN ON 26-OCT-2012 OF ORDER ENTERED/236 NOTICE
                     GIVEN ENTERED ON 26-OCT-2012.

01-NOV-12 10:32:41   ANSWER TO PRELIMINARY OBJCTNS                         01-NOV-12
                                                                      FARMER, TRENTON A
                     12-12105112 ANSWER IN OPPOSITION OF PRELIMINARY
                     OBJECTIONS FILED.  (FILED ON BEHALF OF CITIBANK, N.A.)

01-NOV-12 11:15:56   PRELIM OBJECTIONS ASSIGNED                            01-NOV-12
                     12-12105112 PRELIMINARY OBJECTIONS ASSIGNED TO JUDGE:
                     TUCKER, LEON .  ON DATE: NOVEMBER 01, 2012

15-NOV-12 09:51:06   ORDER ENTERED/236 NOTICE GIVEN                        15-NOV-12
                                                                         TUCKER, LEON
                     12-12105112 UPON CONSIDERATION OF DFT'S AFFIDAVIT IN
                     THE NATURE OF A MOTION TO DISMISS, AND THE RESPONSE
                     THERETO, IT IS HEREBY ORDERED AND DECREED THAT THE
                     AFFIDAVIT IN THE NATURE OF A MOTION TO DISMISS IS
                     DENIED.  DFT IS GRANTED LEAVE OF TWENTY (20) DAYS FROM
                     THE DATE OF THE DOCKETING OF THIS ORDER TO FILE AN
                     ANSWER TO THE COMPLAINT.  ...BY THE COURT: TUCKER,
                     J.  11/6/12
```